ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Laura.Vartain@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 11-00379 JF |
| Plaintiff, | ) ) ) | NOTICE OF DISMISSAL AND  ORDER |
| v. | ) ) | |
| CHETAN SURESH BENDALE, | ) ) | |
| a/k/a Rohit Kumar | ) ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against CHETAN SURESH BENDALE and moves that the Court quash the arrest warrant issued in connection with the indictment in this case against BENDALE.

DATED: January 25, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Martha Boersch*

_____
MARTHA BOERSCH
Chief, Criminal Division

1     Leave is granted to the government to dismiss the indictment against CHETAN SURESH

2   BENDALE. It is further ordered that the arrest warrant issued in connection with the indictment in this

3   case is quashed.

4

5

6   Date: January 26, 2024

_____
HON. P. CASEY PITTS
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
No. CR 11-00379_____
v. 8/4/2021